IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00108-CR-W-HFS |
| AUSTIN P. FITZGERALD | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on August 24, 2020, before Magistrate Judge John T. Maughmer, defendant entered a guilty plea to Counts one through four of the Indictment.

In a Report and Recommendation dated August 24, 2020 (Doc. 35), Judge Maughmer determined that the guilty plea was knowledgeable and voluntary and that the offenses were supported by an independent basis in fact containing each essential element of the offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 35) and ACCEPT defendant's guilty plea and direct the Clerk to enter it.

A Presentence Investigation Report shall be filed within 120 days.

Dated: October 22, 2020

                                                    s/ HOWARD F. SACHS
                                                    HOWARD F. SACHS
                                                    UNITED STATES DISTRICT JUDGE